## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| GENEVA HENDERSON *et al.*, | |
| | Northern District of Georgia |
| *Plaintiffs*, | No. 1:16-cv-2920-CAP |
| v. | |
| | Eastern District of Pennsylvania |
| EMORY UNIVERSITY *et al.*, | No. 18-mc-152 |
| *Defendants*. | |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter the appearance of David M. Promisloff, Esquire of Promisloff Law, P.C. as counsel for Plaintiffs.

                                                  Respectfully submitted,

Dated:  July 16, 2018

                                                 */s/ David M. Promisloff*
                                                 DAVID M. PROMISLOFF (ID# 200971)
                                                 **PROMISLOFF LAW, P.C.**
                                                 5 Great Valley Parkway, Suite 210
                                                 Malvern, PA 19355
                                                 Tel: (215) 259-5156
                                                 Fax: (215) 600-2642
                                                 david@prolawpa.com

                                                 **Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

I, David M. Promisloff, Esquire, certify that a true and correct copy of the Entry of Appearance has been filed electronically this 16th day of July, 2018 with the Clerk of Court using the CM/ECF system, which will send notification of such to all counsel of record.

|  |  |
|---|---|
| Dated:  July 16, 2018 | Respectfully submitted,<br><br>_____<br>DAVID M. PROMISLOFF (ID# 200971)<br>**PROMISLOFF LAW, P.C.**<br>5 Great Valley Parkway, Suite 210<br>Malvern, PA 19355<br>Tel: (215) 259-5156<br>Fax: (215) 600-2642<br>david@prolawpa.com<br><br>**Attorney for Plaintiffs** |