IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENEVA HENDERSON, *et al.* | : MISCELLANEOUS ACTION |
| v. | : NO. 18-152 |
| EMORY UNIVERSITY, *et al.* | : |

# ORDER

**AND NOW**, this 30th day of August 2018, upon considering Vanguard Group, Inc. has failed to renew its Motion to quash consistent with our July 17, 2018 Order (ECF Doc. No. 8) and there are no other issues pending in this action, it is **ORDERED** this action is **DISMISSED without prejudice** and the Clerk of Court shall mark this matter **CLOSED.**

_____
KEARNEY, J.